| | | |
|---|---|---|
| KAREN R. GOODMAN | The Honorable: | EUGENE R. WEDOFF |
| Taft Stettinius & Hollister | Chapter 7 | |
| 111 East Wacker Drive | Location: | 744 |
| Suite 2800 | Hearing Date: | / / |
| Chicago, IL 60601 | Hearing Time: | |
| (312) 527-4000 | Response Date: | / / |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MOGUEL, EMANUEL J § Case No. 12-07708
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $139,750.00        Assets Exempt: $48,075.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $3,751.96        Claims Discharged
>                                                   Without Payment: $7.00
>
> Total Expenses of Administration: $1,400.61

3) Total gross receipts of $ 9,091.08 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,938.51 (see **Exhibit 2**), yielded net receipts of $5,152.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $147,151.00 | $332,854.76 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,400.61 | 1,400.61 | 1,400.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 13,045.00 | 3,751.96 | 3,751.96 | 3,751.96 |
| **TOTAL DISBURSEMENTS** | $160,196.00 | $338,007.33 | $5,152.57 | $5,152.57 |

4) This case was originally filed under Chapter 7 on February 29, 2012. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/17/2015    By: /s/KAREN R. GOODMAN
                         Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance with ISM | 1129-000 | 9,091.08 |
| **TOTAL GROSS RECEIPTS** | | **$9,091.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MOGUEL, EMANUEL J | FIRST AND FINAL SURPLUS DISTRIBUTION PER COURT ORDER DATED MARCH 31, 2015 | 8200-002 | 3,938.51 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,938.51** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | eCAST Settlement Corporation | 4110-000 | N/A | 203,553.00 | 0.00 | 0.00 |
| 3 | WELLS FARGO BANK, N.A | 4110-000 | 128,701.00 | 129,301.76 | 0.00 | 0.00 |
| NOTFILED | Mspbna | 4110-000 | 18,450.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$147,151.00** | **$332,854.76** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 1,264.65 | 1,264.65 | 1,264.65 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 13.93 | 13.93 | 13.93 |
| Rabobank, N.A. | 2600-000 | N/A | 13.04 | 13.04 | 13.04 |
| Rabobank, N.A. | 2600-000 | N/A | 12.58 | 12.58 | 12.58 |
| Rabobank, N.A. | 2600-000 | N/A | 14.30 | 14.30 | 14.30 |
| Rabobank, N.A. | 2600-000 | N/A | 12.55 | 12.55 | 12.55 |
| Rabobank, N.A. | 2600-000 | N/A | 13.83 | 13.83 | 13.83 |
| Rabobank, N.A. | 2600-000 | N/A | 13.37 | 13.37 | 13.37 |
| Rabobank, N.A. | 2600-000 | N/A | 11.63 | 11.63 | 11.63 |
| Rabobank, N.A. | 2600-000 | N/A | 14.63 | 14.63 | 14.63 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 6.10 | 6.10 | 6.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,400.61 | $1,400.61 | $1,400.61 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Toyota Motor Credit Corporation (TMCC) | 7100-000 | 11,003.00 | 1,698.16 | 1,698.16 | 1,698.16 |
| 1I | Toyota Motor Credit Corporation (TMCC) | 7990-000 | N/A | 8.30 | 8.30 | 8.30 |
| 2U | eCAST Settlement Corporation | 7100-000 | 2,035.00 | 2,035.55 | 2,035.55 | 2,035.55 |
| 2UI | eCAST Settlement Corporation | 7990-000 | N/A | 9.95 | 9.95 | 9.95 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Hsbc/Guitr | 7100-000 | 7.00 | N/A | N/A | 0.00 |
| --- | --- | --- | --- | --- | --- | --- |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,045.00 | $3,751.96 | $3,751.96 | $3,751.96 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07708  
**Case Name:** MOGUEL, EMANUEL J  

**Period Ending:** 06/17/15

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 09/26/13 (c)  
**§341(a) Meeting Date:** 10/29/13  
**Claims Bar Date:** 03/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6624 S. California, Chicago, IL 60629<br>Imported from original petition Doc# 1 | 96,000.00 | 0.00 | | 0.00 | FA |
| 2 | VOID<br>Amended Schedule filed on 5/28/14. This is duplicate of Asset # 6. | 0.00 | 0.00 | | 0.00 | FA |
| 3 | VOID<br>Amended Schedule filed on 5/28/14. This is a duplicate of Asset #6 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | VOID<br>Amended Schedule filed on 5/28/14. This is a duplicate of Asset #8. | 0.00 | 0.00 | | 0.00 | FA |
| 5 | VOID<br>Amended Schedule filed on 5/28/14. This is a duplicate of Asset # 9. | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Charter One Bank Checking Account<br>Imported from Amended Doc#: 42 | 2,600.00 | 0.00 | | 0.00 | FA |
| 7 | Charter One Bank Savings Account<br>Imported from Amended Doc#: 42 | 75.00 | 0.00 | | 0.00 | FA |
| 8 | Charter One Bank Savings Account<br>Imported from Amended Doc#: 42 | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Citibank Checking Account<br>Imported from Amended Doc#: 42 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Charter One Certificate of deposit  (u)<br>Imported from Amended Doc#: 42  (See Footnote) | 2,000.00 | 0.00 | | 0.00 | FA |
| 11 | Misc Household Goods and Furniture<br>Imported from Amended Doc#: 42 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Laptop<br>Imported from Amended Doc#: 42 | 2,000.00 | 0.00 | | 0.00 | FA |
| 13 | Used Clothing<br>Imported from Amended Doc#: 42 | 250.00 | 0.00 | | 0.00 | FA |
| 14 | VOID<br>Amended Schedule filed on 5/28/14. This is a duplicate of Asset #6. | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07708  
**Case Name:** MOGUEL, EMANUEL J

**Period Ending:** 06/17/15

**Trustee:** (520191)  KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 09/26/13 (c)  
**§341(a) Meeting Date:** 10/29/13  
**Claims Bar Date:** 03/28/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 15 | Whole Life Insurance with ISM<br>Imported from Amended Doc#: 42 | 9,155.69 | 9,155.69 | | 9,091.08 | FA |
| 16 | Term Life Insurance through employer<br>Imported from Amended Doc#: 42 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Pension with City of Chicago<br>Imported from Amended Doc#: 42 | 25,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2005 Toyota Prius<br>Imported from Amended Doc#: 42 | 10,575.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$148,905.69** | **$9,155.69** | | **$9,091.08** | **$0.00** |

RE PROP# 10    Per amended schedules filed on 5/28/14, CD was purchased post Chapter 13 filing.

**Major Activities Affecting Case Closing:**

Demand pending for turnover of non-exempt assets; claims review; file any necessary objections; retain accountant and prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014    **Current Projected Date Of Final Report (TFR):**    February 24, 2015  (Actual)

Printed: 06/17/2015 04:17 PM    V.13.23

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-07708  
**Case Name:** MOGUEL, EMANUEL J  

**Taxpayer ID #:** **-***6609  
**Period Ending:** 06/17/15  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/14 | {15} | Fidelity Security Life Insurance Co. | Turnover of cash surrender value of life insurance policy | 1129-000 | 9,091.08 | | 9,091.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,081.08 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.93 | 9,067.15 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.04 | 9,054.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.58 | 9,041.53 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.30 | 9,027.23 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.55 | 9,014.68 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.83 | 9,000.85 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.37 | 8,987.48 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.63 | 8,975.85 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.63 | 8,961.22 |
| 02/16/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #12-07708, Bond No. 10BSBGR6291 Voided on 02/17/15 | 2300-000 | | 6.10 | 8,955.12 |
| 02/17/15 | 101 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #12-07708, Bond No. 10BSBGR6291 Voided: check issued on 02/16/15 | 2300-000 | | -6.10 | 8,961.22 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #12-07708 Voided on 02/17/15 | 2300-000 | | 6.10 | 8,955.12 |
| 02/17/15 | 102 | LIBERT MUTUAL INSURANCE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #12-07708 Voided: check issued on 02/17/15 | 2300-000 | | -6.10 | 8,961.22 |
| 02/17/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2015 FOR CASE #12-07708 | 2300-000 | | 6.10 | 8,955.12 |
| 04/02/15 | 104 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED MARCH 31, 2015 | 2100-000 | | 1,264.65 | 7,690.47 |
| 04/02/15 | 105 | Toyota Motor Credit Corporation (TMCC) | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED MARCH 31, 2015 | 7100-000 | | 1,698.16 | 5,992.31 |
| 04/02/15 | 106 | eCAST Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2U PER COURT ORDER DATED MARCH 31, 2015 | 7100-000 | | 2,035.55 | 3,956.76 |

Subtotals :     $9,091.08     $5,134.32

{} Asset reference(s)                                Printed: 06/17/2015 04:17 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-07708 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | MOGUEL, EMANUEL J | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******3166 - Checking Account |
| Taxpayer ID #: | **-***6609 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 06/17/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/02/15 | 107 | Toyota Motor Credit Corporation (TMCC) | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1I PER COURT ORDER DATED MARCH 31, 2015 | 7990-000 | | 8.30 | 3,948.46 |
| 04/02/15 | 108 | eCAST Settlement Corporation | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2UI PER COURT ORDER DATED MARCH 31, 2015 | 7990-000 | | 9.95 | 3,938.51 |
| 04/02/15 | 109 | MOGUEL, EMANUEL J | FIRST AND FINAL SURPLUS DISTRIBUTION PER COURT ORDER DATED MARCH 31, 2015 | 8200-002 | | 3,938.51 | 0.00 |
| | | | ACCOUNT TOTALS | | 9,091.08 | 9,091.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 9,091.08 | 9,091.08 | |
| | | | Less: Payments to Debtors | | | 3,938.51 | |
| | | | NET Receipts / Disbursements | | $9,091.08 | $5,152.57 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3166** | 9,091.08 | 5,152.57 | 0.00 |
| | $9,091.08 | $5,152.57 | $0.00 |

{} Asset reference(s)                                                                  Printed: 06/17/2015 04:17 PM     V.13.23